Form odspb–odspab VAN–21)
Rev. 06/2014

# United States Bankruptcy Court
## Central District of California

### 255 East Temple Street, Los Angeles, CA 90012

# ORDER AND NOTICE OF DISMISSAL FOR
# FAILURE TO FILE SCHEDULES, STATEMENTS AND/OR PLAN

**DEBTOR INFORMATION:**
William Reingold

**BANKRUPTCY NO.** 2:17–bk–16316–NB

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–7556
**Employer Tax–Identification (EIN) No(s).(if any):** 81–5017329
**Debtor Dismissal Date:** 6/12/17

**Address:**
8010 Truxton Ave
Los Angeles, CA 90045

It appearing that the debtor(s) in the above–captioned case has failed to file all the documents required under FRBP 1007 or 3015(b) within 14 days after the filing of the petition and no motion for an order extending the time to file the required documents has been timely filed in accordance with FRBP 1007(a)(5) or 3015(b),

IT IS HEREBY ORDERED THAT:

1)      The case is dismissed.

2)      The automatic stay is vacated.

3)      Any discharge entered in this case is vacated.

4)      The Court retains jurisdiction on all issues arising under Bankruptcy Code § 110, 329 and 362.

Dated: June 12, 2017

By the Court,

**Kathleen J. Campbell**
Clerk of Court

(Form odspb–odspab/autodismi VAN–21) Rev. 06/2014

**10 / AUT**