United States Bankruptcy Court
Central District of California

In re:                                                              Case No. 17-16316-NB
William Reingold                                                    Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2          User: admin              Page 1 of 1          Date Rcvd: Jun 12, 2017
                             Form ID: odspb           Total Noticed: 5


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2017.
db            +William Reingold,    8010 Truxton Ave,   Los Angeles, CA 90045-2923
smg            Los Angeles City Clerk,    P.O. Box 53200,   Los Angeles, CA  90053-0200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            EDI: EDD.COM Jun 13 2017 01:53:00      Employment Development Dept.,   Bankruptcy Group MIC 92E,
               P.O. Box 826880,    Sacramento, CA  94280-0001
smg            EDI: CALTAX.COM Jun 13 2017 01:53:00      Franchise Tax Board,   Bankruptcy Section MS: A-340,
               P.O. Box 2952,    Sacramento, CA  95812-2952
37819951      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 13 2017 01:59:42
               Bayview Loan Servicing, LLC,    4425 Ponce de Leon Boulevard, 5th Floor,
               Coral Gables, FL 33146-1837
                                                                                      TOTAL: 3


              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2017 at the address(es) listed below:
              Kathy A Dockery (TR)    efiling@CH13LA.com
              Lee M Linson    on behalf of Debtor William  Reingold linsonlawyer@gmail.com,
               david@jshoffmanlaw.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                      TOTAL: 3

Form odspb–odspab VAN–21)
Rev. 06/2014

# United States Bankruptcy Court
## Central District of California

**255 East Temple Street, Los Angeles, CA 90012**

# ORDER AND NOTICE OF DISMISSAL FOR
# FAILURE TO FILE SCHEDULES, STATEMENTS AND/OR PLAN

**DEBTOR INFORMATION:**
William Reingold

**BANKRUPTCY NO.** 2:17–bk–16316–NB

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–7556
**Employer Tax–Identification (EIN) No(s).(if any):** 81–5017329
**Debtor Dismissal Date:** 6/12/17

**Address:**
8010 Truxton Ave
Los Angeles, CA 90045

It appearing that the debtor(s) in the above–captioned case has failed to file all the documents required under FRBP 1007 or 3015(b) within 14 days after the filing of the petition and no motion for an order extending the time to file the required documents has been timely filed in accordance with FRBP 1007(a)(5) or 3015(b),

IT IS HEREBY ORDERED THAT:

1)    The case is dismissed.

2)    The automatic stay is vacated.

3)    Any discharge entered in this case is vacated.

4)    The Court retains jurisdiction on all issues arising under Bankruptcy Code § 110, 329 and 362.

Dated: June 12, 2017

By the Court,

**Kathleen J. Campbell**
Clerk of Court

(Form odspb–odspab/autodismi VAN–21) Rev. 06/2014

**10 / AUT**